### 17948.  HIPP *v.* THE STATE.

LUKE, J.  This case is here upon the general grounds and upon alleged newly discovered evidence. There is some evidence to authorize the verdict, which is approved by the trial judge, the alleged newly discovered evidence is not such as would likely produce a different result on another hearing of the case, and the trial judge did not err in overruling the motion for a new trial.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

                DECIDED APRIL 12, 1927.

Possessing liquor; from Gilmer superior court—Judge Wood. January 8, 1927.

 . *John T. Dorsey,* for plaintiff in error.

*George D. Anderson, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74; p. 1206, n. 95; p. 1217, n. 45; 17 C. J. p. 252, n. 16; p. 271, n. 41.

Intoxicating Liquors, 33 C. J. p. 761, n. 53.